UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| GEORGE E. BROWN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 1:16-CV-276 SNLJ |
| WILLIAM C. SIBERT, et al., | ) ) ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for extension of time to pay the filing fee or to waive the filing fee. The motion is denied. This action was dismissed without prejudice on January 6, 2017, for failure to prosecute. The time for taking an appeal has passed. If plaintiff wishes to pursue his claims against defendants, he must file a new civil action. The Court has reviewed the complaint and finds that the statute of limitations is not implicated at this time. Therefore, plaintiff is not prejudiced.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to pay the filing fee or to waive the filing fee [ECF No. 12] is **DENIED** with prejudice.

Dated this 7th day of March, 2017.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE